```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

BARRY WELLS                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:10CV261TSL-MTP

JOHN PRICE, ET AL.                                      DEFENDANTS

<u>ORDER</u>

This cause is before the court on the objection of plaintiff Barry Wells to the magistrate judge's report and recommendation entered on November 7, 2011.  Having reviewed plaintiff's submission, the court now concludes that plaintiff's objection is without merit and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on or about November 7, 2011, be, and the same is hereby, adopted as the finding of this court.

SO ORDERED this 6th day of December, 2011.

                              <u>/s/ Tom S. Lee            </u>
                              UNITED STATES DISTRICT JUDGE